AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| IMRAN AWAN | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  SEE ATTACHED AFFIDAVIT  in the county of _____ in the _____ District of  COLUMBIA , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1344 | BANK FRAUD |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

☑ Continued on the attached sheet.

*Complainant's signature*

BRANDON C MERRIMAN, SPECIAL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/24/0217

*Judge's signature*

City and state:   WASHINGTON, DC          DEBORAH ROBINSON
*Printed name and title*