IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No: 1:17-mj-00524-DAR |
| IMRAN AWAN, | |
| *Defendant*. | |

### ORDER

Upon consideration of Defendant's Consent Motion to Continue the Preliminary Hearing in this matter scheduled for August 21, 2017, it is hereby:

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that the August 21, 2017 Preliminary Hearing is continued until September 1, 2017.

**SO ORDERED.**

Date: August 11, 2017

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE