# IN THE UNITED STATES COURT
# DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| United States Of America | ) | Criminal Case   1:17cr-00161-TSC |
| Plaintiff(s) | ) | Filed   08/17/2017 |
| vs | ) | Judge Tanya S. Chutkan |
| AWAN, et al | ) |  |
| Defendant(s) | ) |  |

## THE DISTRICT OF COLUMBIA'S MOTION FOR INTERVENTION AS OF RIGHT

D.C. Code § 1-301.81(a)(1) permits the Attorney General for the District of  Columbia "to intervene in legal proceedings on behalf of the public interest."

## APPLICANTS' MOTION TO INTERVENE AS PLAINTIFFS

Pursuant to Fed. R. Civ. P. 24, the Open Source News Investigator, George Webb Sweigert (collectively, "Applicant(s)") respectfully move to intervene in this case with party Plaintiff evidence.

For the reasons set forth in the accompanying Memorandum, Applicant(s) are entitled to intervention as of right under Fed. R. Civ. P. 24(a); in the alternative, this Court should permit Applicant(s) to intervene under Fed. R. Civ. P. 24(b). Also, the right of intervention in a criminal proceeding is much more circumscribed, and is

RECEIVED

AUG 2 8 2017

Clerk, U.S. District and
Bankruptcy Courts

Case 1:17-cr-00161-TSC

generally limited to attorney client issues.   United States v. Bergonzi, 216 F.R.D. 487,

492-93 (N.D. Cal.).  However, as the court in United States v. Carmichael, 342 F. Supp

2d 1070, 1072 (M.D. Al. 2004), summarized, a journalist may intervene:

> "Intervention in criminal cases is generally limited to those instances in which a third party's
>
> constitutional or other federal rights are implicated by the resolution of a particular motion,
>
> request, or other issue during the course of a criminal case. For example, courts sometimes
>
> permit the press to intervene in a criminal case where a decision to close criminal
>
> proceedings to the public may affect its First Amendment rights. In addition, third parties
>
> are occasionally allowed to intervene in a criminal trial to challenge or request  the
>
> production of documents on the grounds of privilege, or to protect other rights implicated
>
> by a particular proceeding. "

With regard to this case, the rights of the Citizens of the United States are

impacted with regard to espionage  and the production of evidence that must be

heard and surrendered from the Journalist George Webb Sweigert is a Matter of

National Security.

I, GEORGE WEBB SWEIGERT, under the ground of privilege and with regard to

a matter of NATIONAL SECURITY, RESPECTFULLY REQUEST that the Court grant

permission to intervene as a plaintiff party with additional evidence in this matter with

no other relief.

I DO  request an oral hearing in front of the judge on this motion.

Dated: August 27, 2017

Respectfully submitted,

George Webb Sweigert, Intervener

3312 RALSTON STREET
Street Address

FORT WAYNE, IN 46805
City, State, Zip Code

503-919-0748
Telephone Number

george.webb@gmail.com
Email Address

## CERTIFICATE OF SERVICE

I certify that on August 28, 2017, the foregoing Motion to Intervene (including

Exhibits A to ???), a supporting Memorandum (including Exhibits 1 to ???), a proposed

and served by:

(1) emailing PDF copies of same to the Clerk's Office (dcd_cmecf@dcd.uscourts.gov) a

(2) mailing hard copies of the documents to the following counsel:


Brandon C. Merriman, Special Agent

Federal Bureau of Investigation

601 4th St NW

Washington, DC 20535


Michael J. Marando

Assistant United States Attorney

555 4th Street NW

District of Columbia, Washington, D.C.


Imran Awan, Et al

Imran Awan Attorney

Gowen Rhoades Winograd & Silva PLLC, Address

513 Capitol Ct NE #100 Washington, DC 20002

# MEMORANDUM

I, George Webb Sweigert, being duly sworn, depose and state:

INTRODUCTION

As a citizen journalist, I have personally participated in this investigation by personally visiting most the homes and businesses of the defendants, and interviewing many of the occupants. I have made a videotape record of most of these interactions. Also, I have researched business relationships and online news articles about the defendants over the last 150 days, sharing the results daily on YouTube with over 40,000 subscribers in a crowdsourced investigation.

The findings from this investigation have uncovered misuse of government resources, illegal access to classified information, fraudulent borrowing, and the possible use of a car dealership to launder money for operations for terrorists organizations such as Hezbollah.

BACKGROUND

In this process, I have identified numerous documents that might be help to shed light on the totality of the State's case against Imran Awan and Hina Alvi.

SOURCE OF INFORMATION

1. A Congressional investigative report exists implicating Imran Awan and conspirators in twenty burglaries of House of Representative Members offices and committee rooms. this report was prepared by James Kaelin, CIO of the Sergeant of Arms of the House of Representatives and Board Chairman on the Congressional Federal Credit Union.
2. A Congressional Auditor's report from interviews conducted in September of 2016 of Abid Awan (Defendant's brother) and possibly Imran Awan outlining an extraordinary

Case 1:17-cr-00161-TSC

purchase and shipment of 150 iPhones and iPads to the 9667 Hawkshead Drive, Lorton, VA home of Imran Awan in February 2016 from the budget of Yvette Clark, the House Representative of the 9th District of New York.

3. On April 10th, 2017, I conducted a personal interview of the US Marine Andre Taggart who was renting the 9667 Hawkshead Drive home with his wife after Imran had moved out. I believe Mr. Taggart would be an excellent witness for the State given the fact he rented the Hawkshead Drive directly from the Defendant's Imran Awan and Hina Alvi. He reported to me that Mr. Awan gave him a false name in this transaction.

4. Additionally, an early January police report was filed after Samina Gilani, the stepmother of Imran Awan and his brother Abid Awan, called the police for imprisoning her against her will, tapping her cell phone, forcing her to turn over her inheritance to them, and finally enforced by making threats to kidnap members of the stepmother's family in Pakistan.

5. I also have reason to believe the Capitol Police have a report in the matter of receiving the government property from the Hawkshead home that could shed light on the charge of mishandling classified information from key Congressional committees.

6. An equipment list from the TSA search of Hina Alvi's belongings conducted at the Dulles Airport in early March 5th, 2017 when she exited the United States to Pakistan exists and could provide critical information to the court.

7. Additional purchasing documents exist from CDW and other IT equipment resellers that other deliveries were made to the Hawkshead Drive Awan home, and these purchasing documents and the deliveries to other Imran Awan properties could help inform the court as well.

## FACTS SUPPORTING PROBABLE CAUSE

8. I was informed by Mr. Taggart that he had called the FBI about "a pile of Blackberries", three or four laptops, pried hard drives, and a printer router with government markings he found after Imran had already been banned from the Congressional computer network. NCIS (US Navy Investigative Services) became involved in the investigation because Andre Taggart's wife, Vernaye Taggart, is a Chief Petty Officer in the US Navy. After she was cleared of any wrongdoing, the equipment was finally seized by Capitol Hill Police.

9. The Daily Caller has reported Imran Awan used unvetted intermediaries to delivery "secure" Blackberry phones to Members of Congress will become readily apparent including Rao Abbas and Haseeb Rana

10. Upon discovery of these documents, I believe the relationship of Suraiya Begum, Hina Alvi's mother, and the company she formed with Imran Awan, Nanoset Technologies,

will come to light. I believe Hina Alvi's mother to be a top satellite scientist for the country of Bangladesh. Hina Alvi's relationship with the company SUPARCO, a satellite data provider with their relationship to Middle Eastern nations' oil and defense applications, should be explored, I believe the Pakistan Intelligence Service (ISI) has engaged the US to resell key satellite technology through US corporations for the NADRA surveillance systems. Leaking these key satellite secrets regarding Nanoset design and deployment for the benefit of private corporations should be explored.

11. Upon inspection, I believe Imran Awan's use of a private Blackberry Enterprise Server to store all the email and documents of the Members of Congress Imran worked for at his Lorton, VA home will become readily apparent, All documents relating to IP addresses and procurements for the collection system at the Hawkshead Drive home of Imran Awan should be explored.

CONCLUSION        I believe Mr. Andre Taggart could be an excellent witness for the State establish the facts in the case for both Bank Fraud and the Distributing of Classified Information.

I believe Congressional Reports, Capitol Police Reports, and CDW-G purchase and shipment records could shed like on the totality of the fraud perpetrated by Imran Awan and Hina Alvi.

REQUEST FOR PROSECUTION        Cite Laws broken

18 U.S. Code § 798 - Disclosure of classified information

**US Code**

**Notes**

**Authorities (CFR)**

prev | next

(a)Whoever knowingly and willfully communicates, furnishes, transmits, or otherwise makes

available to an unauthorized person, or publishes, or uses in any manner prejudicial to the

safety or interest of the United States or for the benefit of any foreign government to the

detriment of the United States any classified information—

(1)

Case 1:17-cr-00161-TSC

concerning the nature, preparation, or use of any code, cipher, or cryptographic system of the United States or any foreign government; or

**(2)**

concerning the design, construction, use, maintenance, or repair of any device, apparatus, or appliance used or prepared or planned for use by the United States or any foreign government for cryptographic or communication intelligence purposes; or

**(3)**

concerning the communication intelligence activities of the United States or any foreign government; or

**(4)**

obtained by the processes of communication intelligence from the communications of any foreign government, knowing the same to have been obtained by such processes—

Shall be fined under this title or imprisoned not more than ten years, or both.

**(b)**

As used in subsection (a) of this section—

The term "classified information" means information which, at the time of a violation of this section, is, for reasons of national security, specifically designated by a United States Government Agency for limited or restricted dissemination or distribution;

Case 1:17-cr-00161-TSC

The terms "code," "cipher," and "cryptographic system" include in their meanings, in addition to their usual meanings, any method of secret writing and any mechanical or electrical device or method used for the purpose of disguising or concealing the contents, significance, or meanings of communications;

The term "foreign government" includes in its meaning any person or persons acting or purporting to act for or on behalf of any faction, party, department, agency, bureau, or military force of or within a foreign country, or for or on behalf of any government or any person or persons purporting to act as a government within a foreign country, whether or not such government is recognized by the United States;

The term "communication intelligence" means all procedures and methods used in the interception of communications and the obtaining of information from such communications by other than the intended recipients;

The term "unauthorized person" means any person who, or agency which, is not authorized to receive information of the categories set forth in subsection (a) of this section, by the President, or by the head of a department or agency of the United States Government which is expressly designated by the President to engage in communication intelligence activities for the United States.

**(c)**

Nothing in this section shall prohibit the furnishing, upon lawful demand, of information to any regularly constituted committee of the Senate or House of Representatives of the United States of America, or joint committee thereof.

**(d)**

**(1)** Any person convicted of a violation of this section shall forfeit to the United States irrespective of any provision of State law—

**(A)**

any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and

**(B)**

any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

**(2)**

The court, in imposing sentence on a defendant for a conviction of a violation of this section, shall order that the defendant forfeit to the United States all property described in paragraph (1).

(3) Except as provided in paragraph (4), the provisions of subsections (b), (c), and (e) through (p) of section 413 of the Comprehensive Drug Abuse Prevention and Control Act of 1970 (21 U.S.C. 853(b), (c), and (e)–(p)), shall apply to—

(A)

property subject to forfeiture under this subsection;

(B)

any seizure or disposition of such property; and

(C)

any administrative or judicial proceeding in relation to such property,

if not inconsistent with this subsection.

(4)

Notwithstanding section 524(c) of title 28, there shall be deposited in the Crime Victims Fund established under section 1402 of the Victims of Crime Act of 1984 (42 U.S.C. 10601) all amounts from the forfeiture of property under this subsection remaining after the payment of expenses for forfeiture and sale authorized by law.

(5)

As used in this subsection, the term "State" means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, and any territory or possession of the United States.

(Added Oct. 31, 1951, ch. 655, § 24(a), 65 Stat. 719; amended Pub. L. 103–322, title XXXIII, § 330016(1)(L), Sept. 13, 1994, 108 Stat. 2147; Pub. L. 103–359, title VIII, § 804(a), Oct. 14, 1994, 108 Stat. 3439; Pub. L. 104–294, title VI, § 602(c), Oct. 11, 1996, 110 Stat. 3503.)

# EXHIBITS A Through ℱ

**To Plaintiffs-Interveners  Motion to Intervene**

copy all back up and mark exhibits A to Z

*Exhibit A*

CHARLES E. GRASSLEY, IOWA, CHAIRMAN

ORRIN G. HATCH, UTAH
LINDSEY O. GRAHAM, SOUTH CAROLINA
JOHN CORNYN, TEXAS
MICHAEL S. LEE, UTAH
TED CRUZ, TEXAS
BEN SASSE, NEBRASKA
JEFF FLAKE, ARIZONA
MIKE CRAPO, IDAHO
THOM TILLIS, NORTH CAROLINA
JOHN KENNEDY, LOUISIANA

DIANNE FEINSTEIN, CALIFORNIA
PATRICK J. LEAHY, VERMONT
RICHARD J. DURBIN, ILLINOIS
SHELDON WHITEHOUSE, RHODE ISLAND
AMY KLOBUCHAR, MINNESOTA
AL FRANKEN, MINNESOTA
CHRISTOPHER A. COONS, DELAWARE
RICHARD BLUMENTHAL, CONNECTICUT
MAZIE K. HIRONO, HAWAII

**United States Senate**
COMMITTEE ON THE JUDICIARY
WASHINGTON, DC 20510–6275

KOLAN L. DAVIS, Chief Counsel and Staff Director
JENNIFER DUCK, Democratic Staff Director

August 04, 2017

**VIA ELECTRONIC TRANSMISSION**

Elaine Duke
Acting Secretary
U.S. Department of Homeland Security
Washington, D.C. 20528

Dear Acting Secretary Duke:

The Federal Bureau of Investigation (FBI), Customs and Border Protection (CBP), and the U.S. Capitol Police recently arrested Imran Awan, a congressional I.T. specialist for several members of the U.S. House of Representatives, as he was trying to leave the country for his native Pakistan.[1] According to an FBI affidavit, Awan was arrested for allegedly engaging in a bank fraud scheme by obtaining a home equity line of credit based on material misrepresentations.[2] News reports state that Awan wired $300,000 of the proceeds from the fraudulent activity to Pakistan.[3] In attempting the wire transfer, Awan pretended to be his wife, lied that the transfer was for "funeral arrangements," and then told the bank manager to hold while he googled a reason for the transfer.[4] Reportedly, there were other wire transfers to Pakistan in addition to the $300,000.[5]

Awan began working as an I.T. aide in 2004.[6] Later, his wife, two brothers, and two friends began working as I.T. aides for nearly 30 congressmen.[7] Over the span of 13 years, they

---

[1] Chad Pergram and Jake Gibson, *Feds Arrest IT Staffer for Wasserman Shultz Trying to Leave Country* (July 25, 2017), available at http://www.foxnews.com/politics/2017/07/25/feds-arrest-it-staffer-for-wasserman-schultz-trying-to-leave-country.html

[2] FBI Affidavit.  Available at https://www.documentcloud.org/documents/3900669-Awan-Imran-Complaint-and-Affidavit.html

[3] Eli Watkins, *Democratic staffer arrested on bank fraud charge,* CNN (July 27, 2017); Luke Rosiak, *Wasserman Schultz Aide in Pakistan Still Liquidating Assets in US,* Daily Caller (July 30, 2017).

[4] Luke Rosiak, *Wasserman Schultz Aide in Pakistan Still Liquidating Assets in US,* Daily Caller (July 30, 2017).

[5] *Id.*

[6] Luke Rosiak, *Pakistani Suspects In House IT Probe Received $4 Million From Dem Reps,* Daily Caller (March 1, 2017)

[7] Luke Rosiak, *Pakistani Suspects In House IT Probe Received $4 Million From Dem Reps,* Daily Caller (March 1, 2017); Nicholas Fandos, *Trump Fuels Intrigue Surrounding a Former I.T. Worker's Arrest,* The New York Times (July 28, 2017).

collected more than $4 million— a sum that is reported to be three times higher than the norm for a government contractor.[8]

In light of the alleged illegal activity, the Committee seeks to better understand Awan and his associates' immigration histories. Therefore, please provide the Alien File for the individuals listed below. Please also include any temporary files, working files, and all documents and items contained in them that were generated by DHS or in its possession about each individual listed below, whether currently in written or electronic form, including criminal history and immigration summaries, detainers, or requests for notification, if applicable.

- Imran Awan
- Hina Alvi
- Abid Awan
- Natalia Sova
- Jamal Awan
- Rao Abbas

I anticipate that your written response and the responsive documents will be unclassified. Please send all unclassified material directly to the Committee. In keeping with the requirements of Executive Order 13526, if any of the responsive documents do contain classified information, please segregate all unclassified material within the classified documents, provide all unclassified information directly to the Committee, and provide a classified addendum to the Office of Senate Security. The Committee complies with all laws and regulations governing the handling of classified information. The Committee is not bound, absent its prior agreement, by any handling restrictions or instructions on unclassified information unilaterally asserted by the Executive Branch.

Thank you for your attention to this matter. Please respond by August 18, 2017. If you have any questions, please contact Katherine Nikas and Josh Flynn-Brown of my Committee staff at (202) 224-5225.

---

[8] Tyler O'Neil, *Imran Awan Scandal Shows Just How Much Dirt Dems Wanted to Hide By Focusing on Trump-Russia*, PJ Media (July 27, 2017).

Sincerely,

*Chuck Grassley*

Charles E. Grassley
Chairman
Senate Committee on the Judiciary

Cc:

The Honorable Dianne Feinstein
Ranking Member
Senate Committee on the Judiciary

**CONGRESS.GOV**    Legislation    Congressional Record    Committees    Members

*EXHIBIT B- REP. LOUIS GOHMER*
*TEXAS*

Most Recent Issue | Browse By Date | Quick Search | CR Index | About | App for iPhone or iPad     Get alerts

## March 7, 2017
**115th Congress, 1st Session**
**Issue: Vol. 163, No. 39 — Daily Edition**

Entire Issue (PDF)

**Find an Issue of the Record (1995-Present)**
Date:

mm/dd/yyyy

Or enter year and page number.

| Sections In This Issue: | Daily Digest | Senate | **House of Representatives** | Extensions of Remarks |
|---|---|---|---|---|

All in House section    [ ] 53 of 106 [ ]

## TOPICS OF THE DAY
(House of Representatives - March 07, 2017)

Text available as:  TXT | PDF · View TXT in new window

Formatting necessary for an accurate reading of this text may be shown by tags (e.g., <DELETED> or <BOLD>) or may be missing from this TXT display. For complete and accurate display of this text, see the PDF.

[Pages H1589-H1590]
From the Congressional Record Online through the Government Publishing Office [www.gpo.gov]

{time} 2145
TOPICS OF THE DAY

The SPEAKER pro tempore. Under the Speaker's announced policy of January 3, 2017, the Chair recognizes the gentleman from Texas (Mr. Gohmert) until 10 p.m.

Mr. GOHMERT. Mr. Speaker, I was handed a letter by a lady when I was at one of the many events that I attended in my district. It is how I stay in touch with what is going on. This lady says: ``U.S. Congressman Louie Gohmert: I am a 52-year-old widow. ObamaCare is a major financial problem for me. Someone needs to fix the healthcare system. One-third of the money I get from my deceased husband's retirement fund is given to health care. My deductible alone is $7,000.''

She has an exclamation point.

``I am angry with the government deciding how I should spend what little money I have. I had to get a part-time job just to put gas in my car. So I clean tables and I mop floors. I am physically unable to work full time. I am frustrated with the fact I had to move back in with my parents just to make ends meet. Would you like that? Fulfilling. Could or would you do something to relieve this burden?''

That is from a 52-year-old widow in my district. That is what we have done with the burden, ObamaCare. We here in Congress decided: You know what? We are going to tell people like this widow how she has to spend what little money she has left. We are going to force this woman to go clean tables and mop floors when she is physically unable to work full time because we here in Washington have decided we know better than she does. So we have every right in Congress to force people like this dear widow to get on her hands and knees to work for the United States Congress. Pay your taxes and now, that is not enough. We are going to tell you that you are being forced to spend your money on health care that will never help you a dime because you have a $7,000 deductible.

Or how about hearing, 2 weeks ago, from a friend, one of those who was cut because of financial troubles. They had 100 employees. They can't afford the ObamaCare, so they have cut their 100 to 70, and they are continuing to work to get down to 49. Why? Because of ObamaCare. So we have already had 30 breadwinners, men and women, lose their jobs because of one thing: ObamaCare.

And now there are going to be 21 more who lose their jobs because of one thing: ObamaCare. They have got to get it under 50 so they don't have to keep paying such ridiculous prices for health insurance that has such high deductibles nobody will ever benefit.

Who is benefiting? Well, it can't be all of the health insurance companies because they have dropped out. They can't make money. So it has to be the government that is making all the money from this ObamaCare program.

A single mom told me she had been working at McDonald's making ends meet, but because of ObamaCare, they cut her hours back. Now she has to work at both McDonald's and Burger King, and she was in tears because it is just too much.

And why is she having to do it? Because people right here in this House and the other body, without one Republican vote in this body, told America: Too bad. You are not working enough at McDonald's. We want to make your life miserable. We are going to make you work at two places part time just like this widow that we condemned to start scrubbing tables and floors because the Democrats in this body, without a single Republican vote, decided we know better what you need to do with your time and your money than you do.

So it is a problem of arrogance when Washington thinks it knows so much better than people across the country. And yes, I know, I represent the 26 percent that didn't vote for me. I understand that. And I have heard from them, and I don't need a townhall to know they are for keeping this albatross of a healthcare system. The ACA is not affordable, though. It is ridiculous to call it affordable care.

One of the problems is, when you have to take precious healthcare dollars that used to go to providing care in a hospital, in a clinic, for a patient, now it goes to government navigators. Why? Because there were union officials that decided: We have lost too many union members. The unions that are growing are the government unions, the very ones

that Franklin Roosevelt said you should never have a union composed of
government workers.

Think about it. You are working for the people of the United States
of America. Why would you need a union to organize against the people?
Sounds un-American. But those are the ones that are growing. And union
leaders, without concern for their members, decided: Let's embrace as
many aliens as we can get into the country, legally or otherwise,
because they will join the union and that will grow our ranks; and we
as union leaders will be better off, but our members' wages will
continue to go down, our members will continue to lose jobs. But, gee,
we may have more people in our union.

We know that there was supposed to be thousands of new IRS agents
hired so that they could help enforce ObamaCare. It is a travesty. The
bill that has been filed is not going to do it, but, hopefully, our
Republican leadership will be willing to work things out and not
prevent good amendments that will make it palatable so enough of us can
vote for it.

I have gotten to know President Trump a bit, and I feel like he wants
the best deal he can get for America. If this bill were the best he
could get, he would probably have to live with that, but we can do a
whole lot better. Some of us are determined we are not going to vote
for one that doesn't.

In the meantime, there is so much talk by President Obama and all of
his minions that are still out there trying to undermine the Trump
administration. We have a crisis here in Congress

[[Page H1590]]

that people are not talking about. I keep bringing it up. Doesn't seem
to be a lot of folks who want to talk about it.

There was a time when we had mainstream media that actually did
research, asked questions, dug to the bottom of things. But there are
IT--information technology, mainly working with computers--employees,
shared employees for several Democrats that are under investigation.
Imran Awan was the company owner. Abid Awan, Jamal Awan, Hina Alvi--the
wife of Imran Awan--and Natalia Sova, wife of Abid Awan, each made
$160,000 a year as IT-shared employees working on computers for various
Democrats in the House of Representatives.

The Awan brothers are of Pakistani descent, but their immigration
status is unclear. There are a lot of things that are unknown about the
Awan brothers. But they worked for our former DNC chair, Debbie
Wasserman Schultz--that is Imran Awan. These people are under
investigation for stealing material, potentially accessing material
they shouldn't have, for taking material off of Capitol Hill and
stealing it, using it in other places.

We are told, oh, not to worry, they didn't access classified
intelligence information in the SCIF; but other IT people tell me, once
someone is in the congressional system, the calendar, email for one
Member of Congress, if they are good, it is not that hard to break into
lots of other Members of Congress' email and calendars.

What country that hates America--some that like America--wouldn't
love to know who people are meeting, especially on the Intelligence
Committee like some of the people that have employed these?

Some of them, very fine members of things like the Ethics Committee,
Judiciary, Foreign Affairs, Intelligence Committee. Let's see, Andre
Carson, Sandy Levin, Jackie Speier--a lot of people, good people--Tim
Ryan. A lot of these folks, they employed these folks. They were very
trusting, kind people. And these people didn't have a background check,
and now they are under investigation. I heard some have been told that
Imran Awan, the lead guy, went back to Pakistan.

Well, if this guy set up and was working on computer systems, is it
possible he could have--and this is what a normal mainstream reporter,
30, 40 years ago back in the seventies would have asked: Well, did he
set up the DNC computer system that got hacked, that was supposedly
hacked by Russians or others, did he set that up so it could be hacked?
I mean, there is a lot here going on that we don't know the answers to,
and we deserve to know the answers.

There were mortgage transfers, debt evading bankruptcies. Imran Awan,
Jamal Awan were known to be the ringleaders of the group, had been
providing services since 2005; has convictions for driving offenses
which were serious enough to become criminal misdemeanors, used an
illegal radar detector, drove an unregistered vehicle; some say, after
masterminding the family's finances, was running the business
completely by 2010 and instructed Abid not to even speak to anyone.

The wives of Imran and Abid also began receiving paychecks from the

House of Representatives. They purchased two homes in Lorton in 2008, one of which was associated with all three brothers at one time. Alvi sold that home in 2016 to the younger brother Jamal for $620,000.

Imran owned a home and put it in his father's name in 2008 in Springfield. Abid later claimed, in bankruptcy, that the house was his.

Jamal Awan was placed on the House payroll at age 20, making $160,000.

Imran is also a real estate agent. Despite making $160,000 in congressional salaries, debts went unpaid by the Awan brothers, including debts to the Congressional Federal Credit Union.

$100,000 was taken from a known Hezbollah-connected fugitive, a fugitive from the FBI; and they are associated with this Hezbollah-connected agent, and there is no press out there getting to the bottom of it? What happened to the Washington press, the proud press of Washington of the 1970s? Well, they are in the bag for one party. They are not interested in getting to the bottom of the news. They are all about advocating.

God not just bless America, God help America. We have got to have people wake up before we do much more damage to ourselves. It is time to turn this country around, and one of the things we should start with is getting to the bottom of this investigation; find out how much damage these alleged criminals did from Pakistan to our Congress, and also start undoing the damage ObamaCare has done so people can get jobs again they have lost, so people can have health care that has deductibles they can afford. It is time to make America great again.

Mr. Speaker, I yield back the balance of my time.

---

All in House section   [  ]   53 of 106   [  ]

 ZeroHedge

*EXHIBIT C - REP DESANTIS*

*- FLORIDA*

## Rep. DeSantis Calls for an Investigation into Wasserman Schultz's Ties to Awan

 by The_Real_Fly
Aug 1, 2017 12:27 AM

**52**
SHARES

*Content originally published at iBankCoin.com*

Do you recall when Debbie Wasserman Schultz threatened the US Capitol Police chief for seizing a computer from her IT personnel, who was Imran Awan?

Let's refresh your memory.

Wasserman Schultz Threatened Police Chief For Gathering Evide...



It never seemed right, the manner in which she targeted him with venomous animus. It was not the cadence, or computation, of an innocent person.

Fast forward to today and we have a full blown scandal on our hands, with charges that her IT personnel, Awan, had access to the emails of every single member of Congress -- and sold that information to person's unknown.

Rep DeSantis joined The Foundation for Accountability and Civic Trust (FACT) in calling for an investigation into Wasserman Schultz, who employed Awan during and time as DNC chair -- dating back to 2005.

**Trending Articles**
**"It's The 'Russia', Stupid!"**
It's another week in Washington and another horror show. This time it was Attorney General Jeff Sessions being...

The media could not be loaded, either because the server or network failed or because the format is not supported.



X

Source: Politico

Powered By 23

Awan and his relatives worked as shared employees for more than two dozen House Democrats in the past several years. After the Capitol Hill investigation came to light in early February, most lawmakers fired the other staffers in question.

But Wasserman Schultz retained Awan, even though he has been barred from accessing the House IT network since February. FACT maintains there's no way Awan could have performed IT duties for Wasserman Schultz over the past six months, despite staying on the Florida Democrat's payroll.

"House staff are compensated with taxpayer funds, and members are directly responsible for ensuring their staff are only paid for official public work, work that has

⊖ ZeroHedge

Awan was arrested by the FBI last week attempting to leave the country, after wiring $300,000 to his home country of Pakistan. Previous to attempting flight, his wife left the country and he had been frantically liquidating real estate holdings.

Here's Rep. DeSantis discussing the issue with Tucker Carlson, calling for an investigation.

"It's extremely odd. We knew in February about the cash. We knew about the smashed hard drives. What's the explanation for this behavior?"

Rep DeSantis and Tucker Carlson Discuss Awan and Debbie Was...

## Sponsored Stories

Get Matched with a Financial Advisor in Under 5 Minutes

This App Teaches You Spanish in Just 15 Hours
(Babbel.com)

Hire a Pro: Compare Top 7 Financial Advisors Near You

Start Speaking A New Language in Just 15 Hours With This App
(babbel.com)

This App Teaches You A New Language In 3 Weeks
(babbel.com)

10 Horrific Sports Wardrobe Fails
(bleach.net)

⟳ Investing Channel

## More Stories You May Like

Huge News In Lithium Industry Pushes Stocks Higher
(Standard Lithium)

Primary Dealer Bid Surges In Poor 2Y Auction
(ZH)

Zinc Prices Moving Higher On Tight Supply
(StreetSignals)

This Technology Will Be Bigger Than The Internet
(Standard Lithium)

Get Matched with a Financial Advisor in Under 5 Minutes

Trump Presidency Is Over - Bannon Is Right
(ZH)

Bay Area TV Anchor: "I Experienced Hate First Hand

Hire a Pro: Compare Top 7 Financial Advisors Near You

**Current Events**

EXHIBIT D - REP CHAFFETZ

# Former Rep. Jason Chaffetz: It's 'Naive' T Believe That Imran Awan Was A Lone Operator





**Hannah Bleau (Red Dawn)**

August 27,

EXHIBIT E - ANDRE TAGGART

🐦 (http://www.twitter.com/dailycaller) **f** (http://www.facebook.com/DailyCaller)
**g+** (https://plus.google.com/104273926598894453484/posts) **in** (https://www.linkedin.com/company/the-daily-caller)



## THE DAILY CALLER

**Stay current with
The Daily Caller**

Get the latest updates
sent to you

Email Address

SIGN UP

*No thank you*

THE DAILY CALLER
NEWS FOUNDATION
(http://dailycallernewsfo
undation.org/)

Andre Taggart (of Ana an    The IPad    ned th    rover to the FBI / Provided pho

# Wasserman Schultz's 'Islamophobia' Claim Prompts Angered Marine To Go Public On Awans

2:53 PM 08/24/2017

f

**Share**

🐦

**5063**

𝓰+

✉         🖶         💬         ⟨

A Marine who provided key evidence in the FBI case against Democratic Rep. Debbie Wasserman Schultz's former IT employee said he is appalled by her claim that Islamophobia led U.S. Capitol Police to frame the former staffer.

Also Wednesday, two of Imran Awan's relatives went on the record to say they think he would do anything for money.

Andre Taggart alerted the FBI to damaged hard drives and a cache of electronics tied to Imran Awan, a former IT specialist for dozens of House Democrats. Awan is the central figure in a criminal investigation of suspected procurement fraud and violations of the congressional IT network, including diverting data to an off-site server.

Taggart told The Daily Caller News Foundation's Investigative Group Wednesday that "it was amazing" that Wasserman Schultz, a Florida Democrat, describes Imran as a victim of religious discrimination by law enforcement. Taggart rented the Northern Virginia home of Awan, who had frantically moved out after learning authorities were onto him.

"It pisses me off," said Taggart, a black Marine who says he votes Democrat. He believes Wasserman Schultz is crying wolf and devaluing the meaning of genuine discrimination, while also exposing herself and the nation to risks.

Wasserman Schultz claimed Imran Awan is being "persecuted" (http://www.sun-sentinel.com/news/politics/fl-reg-wasserman-schultz-questions-media-20170821-story.html) by the Capitol Police and FBI after she was told that he is suspected of "data transfer

⌃

# Do You Think Debbie Wasserman Schultz Is Crying Wolf?

☐  Yes      ☐  No

Login with your social identity to vote

Log In      G      Sign in

Sign in with LinkedIn

Completing this poll entitles you to Daily Caller news updates free of charge. You may opt out at anytime. You also agree to our **Privacy Policy (http://dailycaller.com/footer/privacy-policy/)** and **Terms of Use (http://dailycaller.com/footer/terms-of-use/)**.

violations, even as she lamented the seriousness of the hacking of the Democratic National Committee. Wasserman Schultz was chairwoman of the Democratic National Committee when its IT network was hacked in 2016.

"I just want to get these [guys] locked up and exposed and now," Taggart told TheDCNF. "The people who facilitated them should also be locked up, as far as I'm concerned."

TheDCNF cited Taggart without naming him in a July report that the FBI had seized the hard drives (http://dailycaller.com/2017/07/23/exclusive-fbi-seized-smashed-hard-drives-from-wasserman-schultz-it-aides-home/) and electronics. Imran attempted the next day to board a flight to Pakistan, but was arrested by the FBI at Dulles (http://dailycaller.com/2017/07/25/wasserman-schultzs-it-aide-arrested-trying-to-flee-the-country/) International Airport.

Taggart said he made the decision to no longer be anonymous because he is concerned that his fellow Democrats are making a grave mistake by ignoring a scandal with serious criminal and national security implications.

"I'm absolutely disgusted with everything going on in the country right now, mostly because of right-wing conservatives, but with respect to this situation, political affiliation is irrelevant," Taggart said.

Imran Awan and his wife, Hina Alvi, were indicted (http://dailycaller.com/2017/08/17/two-former-wasserman-schultz-it-aides-indicted-for-conspiracy-against-u-s/) Aug. 17, 2017, on four charges related to sending money to Pakistan fraudulently in an apparent attempt to escape from a broader, ongoing investigation into cybersecurity and theft issues.

⌃

"Him, his wife, his brother, all working down there — there's no way they could do this without help. If we can drag Trump and his wingnuts through the mud for the Russia influence that they are having, then it's only fair that we also expose this s–t," Taggart said.

After Imran Awan realized the hard drives and electronics had been left in the house he rented to Taggart, Awan threatened to sue him to get the equipment back. Awan also listed the house for sale shortly after signing a multi-year lease with Taggart, the latter said.

"They took advantage of us," Taggart said, describing a series of financially aggressive and dishonest interactions he said he had with Imran.

Taggart said he believes the Awans would "do anything for money," the same term others, including relatives, have used in describing the couple.

Wasserman Schultz has rejected concerns about Imran as "absurd" and "laughable," even though he had access to all of her congressional emails and files, as well as her iPad password, is suspected by police of cybersecurity violations, and had long been accused of defrauding people for financial gain.

Also on Wednesday, an Awan relative, Syed Ahmed, told The Daily Mail (http://www.dailymail.co.uk/news/article-4803884/Pictured-Dem-aide-charged-fraud-hacking-probe.html) that "for the sake of money they would have done anything… [Imran] might have been selling this information."

Evidence suggests that the Awans were running a ghost employee scheme, collecting $6 million in salaries from taxpayers even though only a few of the six people on the House payroll actually performed IT work. Congressional offices signed off on those time-sheets for unknown reasons.

Imran Awan's brother Abid operated a Virginia car dealership while being paid $160,000 annually working for multiple House Democrats. The dealership received $100,000 from an Iranian fugitive (http://dailycaller.com/2017/02/21/congressional-computer-admins-in-criminal-probe-owed-money-to-hezbollah-connected-fugitive/) linked to Hezbollah, according to court records.

Amjad Khan, a former business partner, told the Daily Mail that "[Abid] would just go in [to the Hill] a couple times a week for a couple of hours, just to show his face. On paper, I think [Abid and Imran] were both working, but in reality only one was working, the other was

running the [car] business.

Khan added that "when he would go to D.C., [Abid] would spend $3,000 or $4,000 a night."

Abid worked for New York Democratic Rep. Yvette Clarke during a time when $120,000 in IT equipment went missing (http://dailycaller.com/2017/08/20/democrats-office-approved-120k-write-off-linked-to-awan-brothers/) from that office. Clarke's chief of staff signed a form ensuring the missing equipment wouldn't become a problem with congressional auditors. Clarke's office did not tell police at the time the form was signed, and Abid remained employed for six more months.

Clarke and her staff repeatedly refused to explain, even though the money would have been enough to hire four staffers to provide services for her Brooklyn constituents.

Clarke fired Abid in September 2016 after House administrators told her they were auditing all finances connected to the Awans. Four months later, Capitol Police banned the brothers from the congressional IT network.

# Secure Your Workplace Network

*Understanding network security risks
in the workplace*

*EXHIBIT F — TIMELINE*

## The Awan Family Scam: A Triumph of Political Correctness Over Cybersecurity

Posted on August 14, 2017

After being subjected to numerous, damaging cyber attacks, you would think the Democrats would have learned their lesson and become more cybersecurity aware. Unfortunately, this does not seem to be the case. As the scam perpetrated by the Awan family on House Democrats unfolds, it becomes apparent that it succeeded because of poor cybersecurity practices underpinned by a misguided sense of political correctness. In fact, all evidence points to a complete lack of concern about cybersecurity among the Democrats affected by the scam. Not even the most basic precautions were taken.

Before looking into the matter further, it is necessary to look at what is known about this scam.

### The Facts

**2004** – Imran Awan, who came to the US from Pakistan as a teenager, starts working as an information technology director on Capitol Hill. He begins working for Florida Democratic Representative, Robert Wexler.

**2005** – At Wexler's recommendation, Debbie Wasserman Schultz hires Imran.

**2005** – Imran's brothers (Abid and Jamal), his wife (Hina Alvi), and Abid's wife (Natalia Sova), begin working in IT for House Democrats. Each of their salaries averages $160,000 a year.

**November, 2009 to September, 2010** – Despite his apparent full time job performing IT duties for House Democrats, Abid opens and runs a car dealership (Cars International) in Falls Church, VA.



**2012** – After amassing debts of over $1 million from his failed car dealership, Abid files for bankruptcy.

**2012** – Family friend, Rao Abbas, begins working in IT for House Democrats.

**2013** – High school friend, Haseeb Rana, hired to work in IT for House Democrats but quits after 3 months complaining that he was doing all the work.

Case 1:17-cv-00615-1 Triumph of Political Correctness Over Cybersecurity - Filed 08/29/17 Sequoya Your Workplace Network Page 30 of 33

• **December, 2016** – Imran's wife signs home loan documents from an IP address associated with the US House of Representatives

**January, 2017** – Imran (posing as his wife) takes out a home loan but, instead of using the money to buy the home, Imran sends this and other money, totaling $283,000, to two people in Pakistan. It was probably this transaction that tipped off authorities.

**February, 2017** – News of the investigation into the Imran family is made public. They are accused of stealing equipment from the offices of 20 House members and improperly using the IT network.

**March, 2017** – Hina Alvi tries to make a quick escape to Pakistan. She suddenly takes their three children from school and goes to Dulles Airport with $12,400 in cash. She is questioned but allowed to proceed.

**July 24, 2017** – Imran arrested at Dulles Airport

**July 25, 2017** – Imran fired by Debbie Wasserman-Schultz

### The Scam

Basically, Imran found a weakness in the House employment system which allows members to share employees without any member paying these employees a full time salary. Each member would pay separately and the amount paid by each would be small enough to raise no red flags. Besides, few, if any, House members would take the time to investigate how many other House members were also paying these part-time employees. More importantly, it is unlikely that they cared. Imran must have also found weaknesses in the vetting system as he somehow managed to get his entire family and some friends high-paying jobs without raising any suspicions. You would think that Imran's brother's criminal record and his apparent need for cash would have disqualified him for working in such a high profile job, but it did not.

Imran's wife was certainly a ghost employee who never showed up at work but managed to get over $160,000 a year for her lack of effort. Except for the two friends and, at times, Imran, himself, none of the family did much, if any, work. Few of the 80 House members they worked for ever saw these IT workers.  Nonetheless, together, they were able to amass $4-5 million in taxpayer money.

### Motivation

The pure lack of interest in cybersecurity by Democratic House members made them low hanging fruit for these scammers. It was simply a network waiting to be exploited. Add the family's need for money into the equation and some sort of scam was bound to develop. Money seemed to be the family's main motivation. The fact that Imran was arrested for stealing equipment underlines how important money was to the family. According to a police report, they were keeping their mother hostage so that they could keep her from inheriting money and property from her dying husband. They planned on getting it instead.  Did they have a plan to monetize the information they found on the computers of the 80 representatives they worked for? That remains to be seen, but, seeing their all-pervading lust for money, it would surprise no one.

Some have suggested that they may have had political motivations and connections to radical Islamists. These investigators point to dealings the brothers had with Dr. Ali al-Attar, a doctor who had to flee the U.S. before being arrested for medical fraud. He is said to have ties to radical Islamist groups. Abid apparently borrowed $100,000 from

him to start his car dealership and never paid him back. Such a political connection is possible but, based on the available evidence, it is, at this time, weak

### What could they have done?

If this group really wanted to do damage, they could have done quite a bit. As IT administrators, they would have had access, not only to individual devices, but to the servers and all the information they would hold. It's not clear that they thought this far ahead. They seem more like the type of criminals who would look for easy money, such as that gained from selling stolen equipment or taking money designated for equipment and using if for themselves. That said, here is a list of what they could do to make money if they wanted to.

### They could...

Steal sensitive data, such as passwords, login credentials banking information, credit card data, personal information about supporters and contributors and either use this information for themselves or sell it.

Download sensitive information from devices to a USB for future use or send this sensitive information to cloud storage.

Install malware to remotely hack the computer/network whenever they wanted to.

Install keyloggers to gather information.

Leak information for political or monetary reasons

Blackmail House members or others for money.

Set up a ransomware attack for financial gain.

### What evidence do we have?

In an exclusive interview, Wasserman Schultz told South Florida's Sun Sentinel newspaper last week that she was told that the case against Awan and his family involved "procurement violations and data transfer violations." She said data had been sent "outside the secure network, which I think amounted to use of apps that the House didn't find compliant with our security requirements." She mentioned that Imran was using Dropbox, which, apparently, was one of the forbidden apps. She expressed her belief that other IT workers did the same thing but were not being investigated.

These remarks from Wasserman Schultz about Imran setting up a Dropbox account are far from reassuring. To me, it shows that she is simply technologically naïve. Why would Imran install Dropbox at all? Maybe because this would be a good way to transfer documents from Wasserman Schultz' computer to the cloud without leaving any suspicious storage files on her computer. Maybe he worried about leaving log traces of a USB download, as in the image below.



*USB Activity as shown on Nirsoft's USBLogView utility*

It would be easy for a good administrator to track any Dropbox use, but Imran may have just been taking advantage of Wasserman Schultz' and other's lack of technological knowledge. We know nothing about the extent of Imran's own cybersecurity knowledge. It could have been very basic. Maybe he believed, like some do, that cloud storage is safer. It would certainly keep the House members he worked for from accessing any files stored there. The fact remains that, if he had installed Dropbox on other members' computers, it would look decidedly suspicious. He could, then, give anyone he wanted access to these stored documents or access them himself whenever and wherever he needed them. I'd be interested in seeing what investigators find in his Dropbox account, assuming these files were not deleted before he was arrested.

*Evidence of Cybersecurity Naiveté*

Nearly every media outlet reporting on this story remarks on how unconcerned Imran's employers were about his being investigated. Wasserman Schultz didn't even fire him until after he was arrested. "I believe that I did the right thing, and I would do it again", she said during the Sentinel interview. She claims she had not seen enough evidence to fire Imran. "I had grave concerns about his due process rights being violated." "I was presented with no evidence of anything that they were being investigated for. And so that, in me, gave me great concern that his due process rights were being violated. That there were racial and ethnic profiling concerns that I had."

This last point should not be taken lightly. Democrats, by a wide majority, believe in promoting diversity and being politically correct. This view may have allowed the Awan family to bypass normal hiring standards. It may also have allowed them to continue in jobs that they were all under-performing in. The fear, as expressed by Wasserman Schultz, that firing them may look to others as undermining diversity or supporting ethnic profiling may have made some representatives look the other way. The Awans had forced them into an uncomfortable ethical corner.

And then, there's apathy. According to the Daily Caller, one IT technician who works with the Democratic House members noted, "there's no question about it: If I was accused of a tenth of what these guys are accused of, they'd take me out in handcuffs that same day, and I'd never work again," But what baffled other IT workers most was that "members of Congress have displayed an inexplicable and intense loyalty towards the suspects." "Members were fiercely protective of the business, despite objectively shoddy work and requests for computer help routinely ignored for weeks." One contractor who works for the House complained that "there's networkers meetings once a week and I never saw them ever come to them. We have an email group; I never saw them contribute or reply."

One IT worker told a story of an angry staffer who complained about Imran taking so long to fix his computer. 'I'm not going to pay my invoices until you fix my computer,' and Imran went to the member, and they fired [the staffer who

complained] that day. Imran has that power." Pat Sowers, who has worked on IT with House members for years admitted that "I love the Hill but to see this clear lack of concern over what appears to be a major breach bothers me."

This lack of interest by affected House members has led some to suggest that the Awans may have been blackmailing them. Sowers noted, "I don't know what they have, but they have something on someone. It's been months at this point with no arrests. Something is rotten in Denmark." This angle cannot be ignored, but it is only speculation at this point.

In the end, it seems the Awans took advantage of technologically naïve House members and used the members' own support for diversity against them. Details are lacking in this case but, hopefully, these will emerge when the case goes to trial on August, 21.

**Share this:**

G+ | Share | 9 | Share 0 | Tweet

★ Like
Be the first to like this.

**Related**

The Cloned CEO Email Scam: The Hack That Could Bankrupt Your Company
With 2 comments

Are You Sure Your Employee Accidentally Clicked on that Phishing Link? Insider Trading on the Deep Web
With 1 comment

Scamming the Scammers: Scambaiters Turn the Tables on Nigerian Scammers
In "dating scams"



**About Steve Mierzejewski**
Marketing consultant for InZero Systems, developer of the next generation in hardware-separated security, WorkPlay Technology. I've worked in Poland, Japan, Korea, China, and Afghanistan. I'm a writer, technical editor, and an educator. I also do some work as a test developer for Michigan State University.
View all posts by Steve Mierzejewski →

This entry was posted in Uncategorized and tagged Awan family scam, Democrat House members Scam, Wasserman Schultz Awan scam. Bookmark the permalink.

Secure Your Workplace Network                                 *Blog at WordPress.com.*