U.S. Department of Justice
United States Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA       :

                          V.          :         Case No.   17-cr-161(TSC)

Hina Alvi                              :         **FILED**

                                                           **OCT 06 2017**

                                       :         Clerk, U.S. District and
                          **O R D E R**                Bankruptcy Courts

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the __6th__ day of __October, 2017__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on a date and time convenient to both partie by __SA Sean Camp, USCP__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __Capitol Police Headquarters__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of __SA Sean Camp, USCP__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge ~~(XXXMagistrate)~~ Tanya S. Chutkan

DOJ USA-16-80

~~DEFENSE~~ COUNSEL
COURT